ACCEPTED
07-00-00098-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
6/9/2015 10:36:35 AM
Vivian Long, Clerk

THE LAW OFFICE OF

# OSCAR A. VELA, JR.

1004 E. HILLSIDE, STE. B
LAREDO, TEXAS 78041

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS

6/9/2015 10:36:35 AM
VIVIAN LONG
CLERK

Telephone: (956) 568-0221

Facsimile: (956) 568-0052

OSCAR A. VELA, JR.
ovela@thevelafirm.com

June 9, 2015

Ms. Rhonda Silverman, Clerk
Seventh Court of Appeals
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449

**VIA ECF TRANSMISSION**

REF: Case No. 07-00-00099-CR and 07-00-00098-CR,
     Luis Vela v. The State of Texas, In the Seventh Court of Appeals

I would like to request copies of documents pertaining to above cases for Defendant, Luis

Vela.  Please provide me a quote for the cost of copies for the following documents:

Case#: 07-00-00099-CR and Case#: 07-00-00098-CR

1. Petition for Discretionary Review disposed, docket entry date 01/30/2002;
2. Petition for Discretionary Review Filed, docket entry date 10/04/2001;
3. Motion for Rehearing Filed, docket entry date 8/20/2001;
4. Brief Filed, State, docket entry 3/16/2001; and
5. Brief Filed, Appellant, docket entry date 11/17/2000.

If you have any questions about this request, below is my contact information.

**The Law Office of Oscar A. Vela, Jr., P.C.**
**1004 E. Hillside, Ste. B**
**Laredo, Texas 78041**
**Telephone: (956) 568-0221**
**Facsimile:  (956) 568-0052**
**Emails: Oscar A. Vela, Jr.  (ovela@thevelafirm.com)**
**Alicia Laurel   (alaurel@thevelafirm.com)**

Respectfully,

/s/ Oscar A. Vela, Jr.
Oscar A. Vela, Jr.